IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.

VIOLATION NOS.:

BRYAN L. WISENBARGER,  F2892051 (NF12)
ROBERT M. SMITH,       F2892125 (NF12)
ROXANN ROGERS,         F2892053 (NF12)
EDWARD M. MACKEY,      F2892124 (NF12)
CATHERINE J. MACKEY,   F2892052 (NF12)

    Defendants.
_____/

## ORDER

On October 7, 2005, each Defendant appeared in this court and entered a Not Guilty Plea. Counsel has been appointed for each Defendant. In the event any of the above listed Defendants wishes to enter a Guilty Plea, they shall do so by appearing before the undersigned on Friday, November 4, 2005, at 10:00 A.M., or may schedule a Guilty Plea on another date with my Judicial Assistant (521-3621).

These cases are consolidated for trial and trial is hereby scheduled for **Monday, December 12, 2005, beginning at 10:00 A.M.**

**DONE AND ORDERED** on November 3, 2005.

                                            _S/ William C. Sherrill, Jr._
                                            **WILLIAM C. SHERRILL, JR.**
                                            **UNITED STATES MAGISTRATE JUDGE**